UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

STEPHEN S. HART,

        Plaintiff,

   v.

CHRISTINA REGAL,

        Defendant.

Case No. 24-cv-03088-EKL

**ORDER OF DISMISSAL**

On April 28, 2025, the Court sua sponte granted pro se plaintiff Stephen S. Hart an additional extension of time to file his amended complaint. ECF No. 12. The deadline passed, and Plaintiff has not filed an amended complaint or otherwise corresponded with the Court. Accordingly, the matter is **DISMISSED** without prejudice. *See WMX Technologies v. Miller*, 104 F.3d 1133, 1136 (9th Cir. 1997) (holding that further action by district court is necessary where plaintiff fails to amend after dismissal with leave to amend). Any order seeking to reopen the case must be accompanied by an amended complaint, which includes the caption and civil case number used in this Order and the words AMENDED COMPLAINT on the first page.

The Clerk shall close the file.

**IT IS SO ORDERED.**

Dated: June 20, 2025

Eumi K. Lee
United States District Judge